| | |
|---|---|
| Debtor name | Kodi Distributing, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known): | 2:17-bk-07048-EPB |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 297871 Fort Lauderdale, FL 33329 | 1-800-492-3344 | Credit Card | | | | $12,555.65 |
| American Express PO BOX 297871 Fort Lauderdale, FL 33329 | 1-800-492-3344 | Credit Card | | | | $3,621.14 |
| Bank of America PO Box 26012 Greensboro, NC 27420 | 1-866-695-6607 | Credit Card | | | | $20,804.46 |
| BBVA Compass PO Box 2101 Decatur, AL 35602-2101 | 1-800-316-0207 | Credit Card | | | | $14,647.33 |
| Fiesta Holding Two LLC 1902 North 25th Drive Phoenix, AZ 85009 | Unknown Unknown | Business Premises Lease | | | | $56,925.00 |
| Financial Pacific Leasing 3455 S 344th Way, Ste 300 Federal Way, WA 98001 | J.Rogers@FinPac.com 1-888-423-6722 | Business Loan | Unliquidated | $24,983.43 | $3,400.00 | $21,583.43 |
| LoanMe, Inc. 1900 S State College Blvd, Suite 300 Anaheim, CA 92806 | Customer.Service@loanme.com 1-844-764-7368 | Business Loan | | | | $85,613.79 |
| Quarter Spot 4601 N Fairfax Dr, Ste 1120 Arlington, VA 22203 | support@QuarterSpot.com 1-800-775-5143 | Business Loan | | | | $134,602.64 |

| Debtor | Kodi Distributing, LLC | Case number (if known) | 2:17-bk-07048-EPB |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WebBank PayPal Working Capital 215 State St #1000 Salt Lake City, UT 84111 | 1-877-981-2163 | Business Loan | | | | $53,887.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BBVA Compass | Checking account | 7346 | $43.63 |
| 3.2. | BBVA Compass | Savings Account | 5662 | $0.52 |
| 3.3. | Bank of America | Checking Account | 3646 | $0.37 |
| 3.4. | Wells Fargo Bank, NA | Checking Account | 3606 | $2,999.61 |
| 3.5. | Wells Fargo Bank, NA | Savings Account | 7202 | $499.11 |
| 3.6. | PayPal Account | Online Account | N/A | $1,030.51 |

4. **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | $4,573.75 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security Deposit with Landlord | $1,900.00 |
|---|---|---|
| 7.2. | Customer deposits for to-be-shipped goods | $267.15 |
| 7.3. | Secured Credit Card deposit with Wells Fargo Bank, N.A. | $500.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | $2,667.15 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| Inventory on hand | 6/21/2017 | $201,334.87 | Recent cost | $201,334.87 |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                    | $201,334.87 |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ☐ No
        ■ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

        ■ No.  Go to Part 7.
        ☐ Yes Fill in the information below.


**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

        ☐ No.  Go to Part 8.
        ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>8' rolling step ladder | $82.00 | Liquidation | $82.00 |
| Trinity rolling 10 drawer tool box | $101.00 | Liquidation | $10.00 |
| Trinity rolling 8 drawer tool box | $150.00 | Liquidation | $150.00 |
| Large Panasonic microware | $19.00 | Liquidation | $19.00 |
| 5-drawer lateral file cabinets (9) | $502.00 | Liquidation | $502.00 |
| Bluff pallet jack | $37.00 | Liquidation | $37.00 |
| 4 drawer legal file cabinets (3) | $86.00 | Liquidation | $86.00 |
| Plastic shelving units (6) | $36.00 | Liquidation | $36.00 |
| 6'2 door metal storage cabinets (2) | $72.00 | Liquidation | $72.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 8' fiberglass step ladder | $18.00 | Liquidation | $18.00 |
| Large fiber rolling carts (2) | $67.00 | Liquidation | $67.00 |
| Aluminum convertible hand truck | $26.00 | Liquidation | $26.00 |
| Small Panasonic microwave | $10.00 | Liquidation | $10.00 |
| Modular desk with hutch | $65.00 | Liquidation | $65.00 |
| Executive swivel chairs (5) | $127.00 | Liquidation | $127.00 |
| Seca 707 floor scale | $15.00 | Liquidation | $15.00 |
| U shaped oak executive work stations (2) | $150.00 | Liquidation | $150.00 |
| Oak bookcases (3) | $36.00 | Liquidation | $36.00 |
| Oak and cloth side chairs (3) | $27.00 | Liquidation | $27.00 |
| Clamp-on lamp with magnifier | $9.00 | Liquidation | $9.00 |
| 5' walnut finish tables (2) | $45.00 | Liquidation | $45.00 |
| Miscellaneous wall art, dry erase boards, bulletin boards, etc | $45.00 | Liquidation | $45.00 |
| Misc: office supplies (staplers, hole punchers, paper cutter, paper weights, label makers, pens, magnifying glasses, etc.) | $150.00 | Liquidation | $150.00 |
| **40.**   **Office fixtures** <br> 4' x 8' x 12' pallet rack with wire shelves (24) | $1,260.00 | Liquidation | $1,260.00 |
| Large SubZero built in refrigerator | $1,080.00 | Liquidation | $1,080.00 |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** <br> Ultimaker 2 3D printers (4); one not functional | $280.00 | Liquidation | $280.00 |
| Photography lamps and stands | $24.00 | Liquidation | $24.00 |
| Zebra 105SL printer | $44.00 | Liquidation | $44.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Zebra ZM600 printer | $135.00 | Liquidation | $135.00 |
| Epson ET-2550 printer | $32.00 | Liquidation | $32.00 |
| Cart 12" paper trimmer | $5.00 | Liquidation | $5.00 |
| Desktop computers (5), each with 3 large monitors | $525.00 | Liquidation | $525.00 |
| Cannon MX922 printer | $21.00 | Liquidation | $21.00 |
| Crown ST300-25 stacker ($2,750); Crown PTH50 pallet jacks (2) ($250); Strapping dispenser with tensioner, cripmer, clips, etc. ($60); Hannibal 42" x 12" uprights (7) ($200); Hannibal 96" beams (7) ($50); 42" x 46" wire metal decks (44) ($90) | $3,400.00 | Liquidation | $3,400.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | |
    |---|
    | $8,590.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2003 GMC 16-foot diesel box truck | $0.00 | Replacement | $7,745.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Karcher 5 hp pressure washer | $34.00 | Liquidation | $34.00 |
| Husky 5 hp compressor | $36.00 | Liquidation | $36.00 |
| Table top popcorn machine | $9.00 | Liquidation | $9.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    $7,824.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☑ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☑ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    - ☐ No.  Go to Part 10.
    - ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Leased Premises (warehouse) | Leasehold Interest | $0.00 | N/A | $0.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☐ No.  Go to Part 11.
    - ☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Case 2:17-bk-07048-EPB    Doc 8    Filed 06/22/17    Entered 06/22/17 15:46:54    Desc
Main Document    Page 8 of 32

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Registered Trademark: Leluv | Unknown | Liquidation | $0.00 |
| 61. | **Internet domain names and websites**<br>www.leluv.com | $0.00 | Liquidation | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer List | $0.00 | N/A | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill**<br>Goodwill | $343,828.48 | N/A | Unknown |

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>Note Receivable from Taylor Right Corp. (out of business)<br><u>119,562.71</u> - <u>119,562.71</u> =<br>Total face amount    doubtful or uncollectible amount | $0.00 |
| | Loan due from Managing Member<br><u>39,324.79</u> - <u>39,324.79</u> =<br>Total face amount    doubtful or uncollectible amount | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 2:17-bk-07048-EPB    Doc 8    Filed 06/22/17    Entered 06/22/17 15:46:54    Desc
Main Document      Page 9 of 32

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                           | $0.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,573.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,667.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $201,334.87 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,590.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,824.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $224,989.77 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $224,989.77 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Kodi Distributing, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    2:17-bk-07048-EPB

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   Benita Turk<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>Inventory on hand | $19,731.61 | $201,334.87 |
| 1602 Hazel St<br>Houston, TX 77006<br><br>Creditor's mailing address | **Describe the lien**<br>Lien on vehicle title & UCC-1 Financing Statement | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| benita@unityhomecare.com<br>Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>3/2015<br>**Last 4 digits of account number**<br>N/A | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Benita Turk<br>2. TBF Financial, LLC. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| **2.2**   Financial Pacific Leasing<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>Crown ST300-25 stacker ($2,750); Crown PTH50 pallet jacks (2) ($250); Strapping dispenser with tensioner, cripmer, clips, etc. ($60); Hannibal 42" x 12" uprights (7) ($200); Hannibal 96" beams (7) ($50); 42" x 46" wire metal decks (44) ($90 | $24,983.43 | $3,400.00 |
| 3455 S 344th Way, Ste 300<br>Federal Way, WA 98001<br><br>Creditor's mailing address | **Describe the lien**<br>UCC-1 Financing Statement | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| J.Rogers@FinPac.com<br>Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>12/2015 | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:17-bk-07048-EPB    Doc 8    Filed 06/22/17    Entered 06/22/17 15:46:54    Desc
Main Document     Page 12 of 32

**Last 4 digits of account number**
4301

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | TBF Financial, LLC. | | $99,914.49 | $201,334.87 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Inventory on hand

740 Waukegan Rd., Suite 404
Deerfield, IL 60015

Creditor's mailing address

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
■ No
☐ Yes

bboehm@tbfgroup.com

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2016

**Last 4 digits of account number**
5656

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $144,629.53

---

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Benita Turk<br>4000 Dover St<br>Houston, TX 77087 | Line 2.1 | |
| Kabbage<br>PO Box 77081<br>Atlanta, GA 30357 | Line 2.3 | |
| Kabbage<br>925B Peachtree Street NE, Ste 1688<br>Atlanta, GA 30309 | Line 2.3 | |
| TBF Financial, LLC.<br>740 Waukegan Rd., Suite 404<br>Deerfield, IL 60015 | Line 2.3 | 5656 |

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1**   **Nonpriority creditor's name and mailing address** <br> American Express <br> PO Box 297871 <br> Fort Lauderdale, FL 33329 <br><br> **Date(s) debt was incurred** _2017_ <br> **Last 4 digits of account number** _1006_ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Credit Card_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $12,555.65 |
| **3.2**   **Nonpriority creditor's name and mailing address** <br> American Express <br> PO BOX 297871 <br> Fort Lauderdale, FL 33329 <br><br> **Date(s) debt was incurred** _2017_ <br> **Last 4 digits of account number** _1004_ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Credit Card_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $3,621.14 |
| **3.3**   **Nonpriority creditor's name and mailing address** <br> Bank of America <br> PO Box 26012 <br> Greensboro, NC 27420 <br><br> **Date(s) debt was incurred** _2012 - 2016_ <br> **Last 4 digits of account number** _2631_ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Credit Card_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $20,804.46 |
| **3.4**   **Nonpriority creditor's name and mailing address** <br> BBVA Compass <br> PO Box 2101 <br> Decatur, AL 35602-2101 <br><br> **Date(s) debt was incurred** _2012 - 2017_ <br> **Last 4 digits of account number** _6621_ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Credit Card_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $14,647.33 |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
| --- | --- | --- | --- |
| | Fantasy Holdings, LLC<br>c/o Narongyos Santadsin<br>1601 North 13th Avenue<br>Phoenix, AZ 85007 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/2009 | Basis for the claim:  Loan / Note Payable | |
| | Last 4 digits of account number  N/A | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,925.00 |
| --- | --- | --- | --- |
| | Fiesta Holding Two LLC<br>1902 North 25th Drive<br>Phoenix, AZ 85009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/2016 | Basis for the claim:  Business Premises Lease | |
| | Last 4 digits of account number  N/A | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | Greystone Housing Foundation<br>Attn: Paul A Dugas<br>4485 Tivoli St<br>San Diego, CA 92107 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  N/A | Basis for the claim: | |
| | Last 4 digits of account number  N/A | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,613.79 |
| --- | --- | --- | --- |
| | LoanMe, Inc.<br>1900 S State College Blvd, Suite 300<br>Anaheim, CA 92806 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  09/30/2015 | Basis for the claim:  Business Loan | |
| | Last 4 digits of account number  3028 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,602.64 |
| --- | --- | --- | --- |
| | Quarter Spot<br>4601 N Fairfax Dr, Ste 1120<br>Arlington, VA 22203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  05/31/2016 | Basis for the claim:  Business Loan | |
| | Last 4 digits of account number  2067 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,887.00 |
| --- | --- | --- | --- |
| | WebBank PayPal Working Capital<br>215 State St #1000<br>Salt Lake City, UT 84111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/7/2016 | Basis for the claim:  Business Loan | |
| | Last 4 digits of account number  payments@leluv.com | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | Altus Global Trade Solutions<br>2400 Veterans Memorial Blvd., Ste 300<br>Kenner, LA 70062 | Line  3.9<br><br>☐ Not listed. Explain ____ | N/A |

Case 2:17-bk-07048-EPB    Doc 8    Filed 06/22/17    Entered 06/22/17 15:46:54    Desc
Main Document    Page 15 of 32

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | Bank of America<br>PO BOX 982238<br>El Paso, TX 79998 | Line  3.3 <br>☐ Not listed. Explain ____ | 2631 |
| 4.3 | Kent Casady, Esq.<br>645 Westbourne St<br>La Jolla, CA 92037 | Line  3.7 <br>☐ Not listed. Explain ____ | N/A |
| 4.4 | Webbank<br>Attn: Executive Escalation<br>PO Box 5018<br>Lutherville Timonium, MD 21094 | Line  3.10 <br>☐ Not listed. Explain ____ | N/A |
| 4.5 | Wolfgang F. Hahn, Esq.<br>7160 Caminito Pepino<br>La Jolla, CA 92037 | Line  3.7 <br>☐ Not listed. Explain ____ | N/A |

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 882,657.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 882,657.01 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Kodi Distributing, LLC

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   2:17-bk-07048-EPB

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Business Premises Lease | |
| | State the term remaining | 35 Months | Fiesta Holding Two LLC |
| | List the contract number of any government contract | N/A | 1902 North 25th Drive Phoenix, AZ 85009 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Accounting and Tax Services | |
| | State the term remaining | 8 Months | Phoenix Accounting Services |
| | List the contract number of any government contract | N/A | 5501 N 7th Avenue, Suite 103 Phoenix, AZ 85013 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | LoanMe, Inc. | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.2  Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | Quarter Spot | ☐ D _____ <br> ■ E/F __3.9__ <br> ☐ G _____ |
| 2.3  Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | TBF Financial, LLC. | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4  Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | Bank of America | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.5  Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | BBVA Compass | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | Financial Pacific Leasing | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | American Express | ☐ D _____ <br> ■ E/F   3.1 <br> ☐ G _____ |
| 2.8 | Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | American Express | ☐ D _____ <br> ■ E/F   3.2 <br> ☐ G _____ |
| 2.9 | Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | Fiesta Holding Two LLC | ☐ D _____ <br> ■ E/F   3.6 <br> ☐ G _____ |
| 2.10 | Narongyos Santadsin | 1601 North 13th Avenue Phoenix, AZ 85007 | Benita Turk | ■ D   2.1 <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor name   Kodi Distributing, LLC

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   2:17-bk-07048-EPB

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

---

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................   $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................   $     224,989.77

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................   $     224,989.77

---

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $     144,629.53

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     882,657.01

4.   Total liabilities ..................................................................................................
    Lines 2 + 3a + 3b       $     1,027,286.54

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Kodi Distributing, LLC

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   2:17-bk-07048-EPB

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/22/2017     **X** /s/ Narongyos Santadsin
                                               Signature of individual signing on behalf of debtor

                                               Narongyos Santadsin
                                               Printed name

                                               Managing Member
                                               Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Kodi Distributing, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    2:17-bk-07048-EPB

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other _____ | $277,127.02 |
| For prior year:<br>From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $689,699.73 |
| For year before that:<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $818,367.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. AMAZON Capital Services, Inc. 2201 Westlake Avenue Seattle, WA 98124-6137 | $3,737.47 on 4/6; $3,737.15 on 5/4 | $7,474.62 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. WebBank PayPal Working Capital PO Box 5018 Lutherville Timonium, MD 21094 | Various (Daily) | $6,865.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.** **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Part 4:**    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | James F. Kahn, PC<br>Bankruptcy Legal Center™<br>301 E. Bethany Home Road, Suite C-195<br>Phoenix, AZ 85012 | Attorneys' Fees ($15,000); plus filing fee ($1,717) | 3-5/2017 | $16,717.00 |
| | **Email or website address**<br>Krystal.Ahart@azbk.biz | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | National Debt Relief LLC<br>11 Broadway 16th Floor<br>New York, NY 10004 | $20,746.75 returned to Debtor ($118.25 was kept by recipient, for fees) | 10/2016 - 2/2017 | $20,865.00 |
| | **Email or website address**<br>https://www.nationaldebtrelief.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1444 N 26th Avenue<br>Phoenix, AZ 85009-3625 | 2011 - 1/2017 |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    Customer names, addresses (mailing & email), and items ordered.

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Case 2:17-bk-07048-EPB    Doc 8    Filed 06/22/17    Entered 06/22/17 15:46:54    Desc
Main Document      Page 25 of 32

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118 | XXXX-5068 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 9/12/2016 | $118.10 |
| 18.2. | BBVA Compass Bank<br>PO Box 10566<br>Birmingham, AL 35296 | XXXX-5654 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 10/21/2016 | $227.70 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                               Best Case Bankruptcy

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Phoenix Accounting Services<br>5501 North 7th Avenue, Suite 103<br>Phoenix, AZ 85013 | 1/2012 - Present |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   Northwest Premium Audits<br>23787 Kamloop Ct<br>Mount Vernon, WA 98274 | 3/2017 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | Copperpoint<br>3030 N 3rd St<br>Phoenix, AZ 85012-3068 | 12/2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Phoenix Accounting Services<br>5501 N 7th Ave, Ste 103<br>Phoenix, AZ 85013 | |
| 26c.2. | Narongyos Santadsin<br>1601 North 13th Avenue<br>Phoenix, AZ 85007 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Narongyos Santadsin | 06/21/2017 | $201,334.87 (Cost) |
| | **Name and address of the person who has possession of inventory records** | | |
| | Narongyos Santadsin<br>1601 North 13th Avenue<br>Phoenix, AZ 85007 | | |
| 27.2. | Narongyos Santadsin | 02/10/2017 | $214,373.58 (Cost) |
| | **Name and address of the person who has possession of inventory records** | | |
| | Narongyos Santadsin<br>1601 North 13th Avenue<br>Phoenix, AZ 85007 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Narongyos Santadsin | 1601 North 13th Avenue<br>Phoenix, AZ 85007 | Managing Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Narongyos Santadsin<br>1601 North 13th Avenue<br>Phoenix, AZ 85007 | $40,807.78 Salary;<br>$23,584.85 Loan | 6/2016 -<br>6/2017 | Compensation |
|  | **Relationship to debtor**<br>Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/22/2017___

| /s/ Narongyos Santadsin | Narongyos Santadsin |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor ___Managing Member___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re    Kodi Distributing, LLC           Case No.    2:17-bk-07048-EPB

                            Debtor(s)             Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Narongyos Santadsin<br>1601 North 13th Avenue<br>Phoenix, AZ 85007 | | | 100% Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    6/22/2017                         Signature    /s/ Narongyos Santadsin

                                                        Narongyos Santadsin

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Arizona

In re    Kodi Distributing, LLC

Debtor(s)

Case No.    2:17-bk-07048-EPB

Chapter    11

# DECLARATION

I, the Managing Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __1__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    6/22/2017

/s/ Narongyos Santadsin

Narongyos Santadsin/Managing Member

Signer/Title

MML-5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

ALTUS GLOBAL TRADE SOLUTIONS
2400 VETERANS MEMORIAL BLVD., STE 300
KENNER LA 70062

.

GREYSTONE HOUSING FOUNDATION
ATTN: PAUL A DUGAS
4485 TIVOLI ST
SAN DIEGO CA 92107

WEBBANK PAYPAL WORKING CA
215 STATE ST #1000
SALT LAKE CITY UT 84111

AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE FL 33329

KABBAGE
PO BOX 77081
ATLANTA GA 30357

WOLFGANG F. HAHN, ESQ.
7160 CAMINITO PEPINO
LA JOLLA CA 92037

BANK OF AMERICA
PO BOX 26012
GREENSBORO NC 27420

KABBAGE
925B PEACHTREE STREET NE, STE 1688
ATLANTA GA 30309

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998

KENT CASADY, ESQ.
645 WESTBOURNE ST
LA JOLLA CA 92037

BBVA COMPASS
PO BOX 2101
DECATUR AL 35602-2101

LOANME, INC.
1900 S STATE COLLEGE BLVD, SUITE 300
ANAHEIM CA 92806

BENITA TURK
1602 HAZEL ST
HOUSTON TX 77006

NARONGYOS SANTADSIN
1601 NORTH 13TH AVENUE
PHOENIX AZ 85007

BENITA TURK
4000 DOVER ST
HOUSTON TX 77087

PHOENIX ACCOUNTING SERVICES
5501 N 7TH AVENUE, SUITE 103
PHOENIX AZ 85013

FANTASY HOLDINGS, LLC
C/O NARONGYOS SANTADSIN
1601 NORTH 13TH AVENUE
PHOENIX AZ 85007

QUARTER SPOT
4601 N FAIRFAX DR, STE 1120
ARLINGTON VA 22203

FIESTA HOLDING TWO LLC
1902 NORTH 25TH DRIVE
PHOENIX AZ 85009

TBF FINANCIAL, LLC.
740 WAUKEGAN RD., SUITE 404
DEERFIELD IL 60015

FINANCIAL PACIFIC LEASING
3455 S 344TH WAY, STE 300
FEDERAL WAY WA 98001

WEBBANK
ATTN: EXECUTIVE ESCALATION
PO BOX 5018
LUTHERVILLE TIMONIUM MD 21094