# Wells Fargo Combined Statement of Accounts



KODI DISTRIBUTING LLC
DEBTOR IN POSSESSION
CH 11 CASE #17-07048(AZ)
1818 N 25TH DR
PHOENIX AZ 85009-2621

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Business Choice Checking | 2 | 1586482380 | 19,257.64 | 21,207.20 |
| Wells Fargo Simple Business Checking | 7 | 1586518761 | 500.13 | 500.13 |
| **Total deposit accounts** | | | **$19,757.77** | **$21,707.33** |



# Wells Fargo Business Choice Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $19,257.64 |
| Deposits/Credits | 54,660.73 |
| Withdrawals/Debits | - 52,711.17 |
| **Ending balance on 4/30** | **$21,207.20** |
| | |
| Average ledger balance this period | $22,042.13 |

Account number: **1586482380**

**KODI DISTRIBUING LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #17-07048(AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/2 | | Paypal Transfer 180401 5Mpj2Af9TT964 Kodi Distributing LLC | 2,002.00 | | |
| 4/2 | | Purchase authorized on 03/28 Amazon.Com Amzn.Com/Bill WA S388088036863951 Card 2676 | | 11.45 | |
| 4/2 | | Purchase authorized on 03/28 Amazon.Com Amzn.CO Amzn.Com/Bill WA S388088036929908 Card 2676 | | 10.86 | |
| 4/2 | | Purchase authorized on 03/28 Amazon.Com Amzn.Com/Bill WA S468088036960834 Card 2676 | | 11.99 | |
| 4/2 | | Purchase authorized on 03/29 Stamps.Com *Uspos 877-782-6785 CA S588088523252338 Card 2676 | | 200.00 | |
| 4/2 | | Purchase authorized on 03/29 Tinypng.Com 31207155310 Nld S308088526480496 Card 2676 | | 25.00 | |
| 4/2 | | Purchase authorized on 03/30 USPS Postage Endic 800-576-3279 CA S468089745149388 Card 2676 | | 100.00 | |
| 4/2 | | Purchase authorized on 03/30 Costco Gas #0665 Phoenix AZ S308089839603576 Card 2676 | | 28.03 | |
| 4/2 | | Purchase authorized on 03/31 Stamps.Com *Uspos 877-782-6785 CA S588090519218406 Card 2676 | | 400.00 | |
| 4/2 | | Purchase authorized on 04/01 Etsy Inc Seller Fe 718-8557955 NY S388091424355221 Card 2676 | | 182.39 | |
| 4/2 | | Purchase authorized on 04/01 USPS Postage Endic 800-576-3279 CA S388091603433435 Card 2676 | | 400.00 | |
| 4/2 | < | Business to Business ACH Debit - Payroll Payroll 180402 3118264 Kodi Distribution, LLC | | 418.31 | |
| 4/2 | < | Business to Business ACH Debit - Payroll Payroll 180402 3118264 Kodi Distribution, LLC | | 656.71 | |
| 4/2 | < | Business to Business ACH Debit - Payroll Payroll 180402 3118264 Kodi Distribution, LLC | | 1,246.73 | |
| 4/2 | < | Business to Business ACH Debit - IRS Usataxpymt 040218 227849266011364 Kodi Distributing LLC | | 512.65 | 17,055.52 |
| 4/3 | | Purchase Return authorized on 04/03 Uline *Ship Suppl 800-295-5510 WI S628093545958274 Card 2676 | 20.63 | | |
| 4/3 | | Sears Holdings M Corp Pymnt E21635 12~Ge*0001*1960~Iea*0001*000001960~ | 8.09 | | |
| 4/3 | | Etsy Inc Deposit 040218 43437786 Kodi Distributing LLC | 269.99 | | |
| 4/3 | | Purchase authorized on 03/30 Amazon Mktplace Pm Amzn.Com/Bill WA S588089795839904 Card 2676 | | 27.95 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/3 | | Recurring Payment authorized on 03/31 Tinypng.Com 31207155310 Nld S388091075550953 Card 2676 | | 50.27 | |
| 4/3 | | Purchase authorized on 04/01 Solid Commerce 310-4614575 CA S388092075025972 Card 2676 | | 722.25 | |
| 4/3 | | Purchase authorized on 04/02 Globegistics Inc 516-365-2000 NY S588092555743100 Card 2676 | | 523.77 | |
| 4/3 | | Purchase authorized on 04/02 Uline *Ship Suppl 800-295-5510 WI S308092719470638 Card 2676 | | 391.39 | |
| 4/3 | | Purchase authorized on 04/02 Amazon Web Service Aws.Amazon.CO WA S468093150875484 Card 2676 | | 55.43 | |
| 4/3 | | APS Electric Pmt Payment 180330 5258239541 Wells Fargo | | 175.58 | |
| 4/3 | < | Business to Business ACH Debit - Hotan Inc Phoeni ACH Debit 180403 5200719409 Kodi Distributing | | 375.00 | |
| 4/3 | 1050 | Check | | 480.38 | 14,552.21 |
| 4/4 | | Paypal Transfer 180404 4S622Afcupnzs Kodi Distributing LLC | 4,000.00 | | |
| 4/4 | | Recurring Payment authorized on 04/02 Payflow/Paypal 888-883-9770 NE S588092518413834 Card 2676 | | 30.00 | |
| 4/4 | | Purchase authorized on 04/02 Amazon Mktplace Pm Amzn.Com/Bill WA S308092741241091 Card 2676 | | 24.99 | 18,497.22 |
| 4/5 | | Purchase authorized on 04/03 Stamps.Com *Uspos 877-782-6785 CA S468093594703329 Card 2676 | | 400.00 | |
| 4/5 | < | Business to Business ACH Debit - Verizon Wireless Payments 180405 047001089600002 0000000047001089600002 | | 217.89 | |
| 4/5 | 1051 | Check | | 1,736.44 | 16,142.89 |
| 4/6 | | Paypal Transfer 180406 5Mpj2Aff7Nedw Kodi Distributing LLC | 2,002.00 | | |
| 4/6 | | Wire Transfer Svc Charge - Sequence: 180406167522 Srf# 0006295096100618 Trn#180406167522 Rfb# | | 45.00 | |
| 4/6 | | Online Transfer to Kodi Distributing LLC Ref #Ib04G7H792 Business Checking AZ TX | | 60.45 | |
| 4/6 | | WT Fed#09447 Hongkong & Shangha /Ftr/Bnf=Km Global Novelties CO., Limited Srf# 0006295096100618 Trn#180406167522 Rfb# | | 4,220.00 | |
| 4/6 | | Purchase authorized on 04/06 Costco Whse #0665 Phoenix AZ P00468097013248033 Card 2676 | | 17.37 | |
| 4/6 | < | Business to Business ACH Debit - Payroll Tax Apr 06 3118264 Kodi Distribution, LLC | | 35.53 | |
| 4/6 | | Waste Management Internet 180405 043000091596784 Santadsin Narongyos | | 74.10 | |
| 4/6 | 1049 | Check | | 60.00 | 13,632.44 |
| 4/9 | | Amzngq2Zzduy Marketplac 180409 75En14Yvlkeinyl Payments.Amazon.Com ID#75En14Yvlkeinyl | 11,535.74 | | |
| 4/9 | | Amazon Services Intl Pymnt 180409 102O20A00017Gd Kodi Distributing LLC | 170.74 | | |
| 4/9 | | Paypal Transfer 180408 4S622Afgmnzse Kodi Distributing LLC | 3,500.00 | | |
| 4/9 | | Purchase authorized on 04/05 Epson *Store 800-873-7766 CA S308095683135936 Card 2676 | | 164.01 | |
| 4/9 | | Recurring Payment authorized on 04/06 Shopify * 49032788 Httpsshopify. IL S308096396606538 Card 2676 | | 108.24 | |
| 4/9 | | Purchase authorized on 04/06 USPS Postage Endic 800-576-3279 CA S308096549079488 Card 2676 | | 400.00 | |
| 4/9 | | Purchase authorized on 04/06 Stamps.Com *Uspos 877-782-6785 CA S588096655149071 Card 2676 | | 400.00 | |
| 4/9 | | Purchase authorized on 04/06 Mandarin Super Buf Phoenix AZ S388096856458065 Card 2676 | | 33.93 | |
| 4/9 | | Recurring Payment authorized on 04/08 Shopify * 49134120 Httpsshopify. IL S588098277799557 Card 2676 | | 41.28 | |
| 4/9 | | Purchase authorized on 04/08 Ebay Inc. 866-779-3229 CA S388098521796523 Card 2676 | | 3,584.59 | |
| 4/9 | < | Business to Business ACH Debit - Payroll Payroll 180409 3118264 Kodi Distribution, LLC | | 418.31 | |
| 4/9 | < | Business to Business ACH Debit - Payroll Payroll 180409 3118264 Kodi Distribution, LLC | | 656.69 | |

Sheet Seq = 0043469
Sheet 00002 of  00005



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/9 | < | Business to Business ACH Debit - Payroll Payroll 180409 3118264 Kodi Distribution, LLC | | 1,246.72 | |
| 4/9 | < | Business to Business ACH Debit - IRS Usataxpymt 040918 227849966026910 Kodi Distribuing LLC | | 512.71 | 21,272.44 |
| 4/10 | | Etsy Inc Deposit 040918 45038829 Kodi Distributing LLC | 74.45 | | |
| 4/10 | | Purchase authorized on 04/09 Discountfilters.CO 317-536-7445 IN S468099682091506 Card 2676 | | 159.25 | 21,187.64 |
| 4/12 | | Paypal Transfer 180412 5Mpj2Aflnv23L Kodi Distributing LLC | 2,002.00 | | |
| 4/12 | | Purchase authorized on 04/11 Globegistics Inc 516-365-2000 NY S588101752700520 Card 2676 | | 406.13 | 22,783.51 |
| 4/13 | | Sears Holdings M Corp Pymnt E27995 *0283~Ge*0001*1978~Iea*0001*000001978~ | 16.59 | | |
| 4/13 | | Purchase authorized on 04/11 Stamps.Com *Uspos 877-782-6785 CA S468101500682097 Card 2676 | | 500.00 | |
| 4/13 | | Purchase authorized on 04/11 USPS Postage Endic 800-576-3279 CA S388101738273139 Card 2676 | | 400.00 | |
| 4/13 | | Purchase authorized on 04/13 Phoenix Towing Service Phoenix AZ P00468103743059317 Card 2676 | | 106.00 | |
| 4/13 | < | Business to Business ACH Debit - Payroll Tax Apr 13 3118264 Kodi Distribution, LLC | | 35.53 | 21,758.57 |
| 4/16 | | Paypal Transfer 180416 4S622Afq5Cs54 Kodi Distributing LLC | 6,000.00 | | |
| 4/16 | | Recurring Payment authorized on 04/13 Shipstation 512-4854282 TX S588103504104079 Card 2676 | | 65.00 | |
| 4/16 | | Purchase authorized on 04/13 60 Purcell Tire Phoenix AZ S388103798976134 Card 2676 | | 445.49 | |
| 4/16 | | Purchase authorized on 04/13 Mandarin Super Buf Phoenix AZ S588103863570367 Card 2676 | | 32.93 | |
| 4/16 | | Purchase authorized on 04/13 Costco Gas #0665 Phoenix AZ S388104008098367 Card 2676 | | 36.88 | |
| 4/16 | < | Business to Business ACH Debit - Payroll Payroll 180416 3118264 Kodi Distribution, LLC | | 418.32 | |
| 4/16 | < | Business to Business ACH Debit - Payroll Payroll 180416 3118264 Kodi Distribution, LLC | | 656.69 | |
| 4/16 | < | Business to Business ACH Debit - Payroll Payroll 180416 3118264 Kodi Distribution, LLC | | 1,246.73 | |
| 4/16 | < | Business to Business ACH Debit - IRS Usataxpymt 041618 227850666070124 Kodi Distributing LLC | | 512.67 | |
| 4/16 | 1052 | Check | | 352.00 | |
| 4/16 | 1057 | Check | | 90.00 | 23,901.86 |
| 4/17 | | Sears Holdings M Corp Pymnt E28816 *0283~Ge*0001*1980~Iea*0001*000001980~ | 16.59 | | |
| 4/17 | | Etsy Inc Deposit 041618 43861228 Kodi Distributing LLC | 176.70 | | |
| 4/17 | 1054 | Check | | 450.00 | |
| 4/17 | 1053 | Check | | 615.31 | 23,029.84 |
| 4/19 | | Paypal Transfer 180419 4S622Aftrpxte Kodi Distributing LLC | 3,000.00 | | |
| 4/19 | | Purchase authorized on 04/17 USPS Postage Endic 800-576-3279 CA S388107739259797 Card 2676 | | 10.00 | |
| 4/19 | | Purchase authorized on 04/18 USPS Postage Endic 800-576-3279 CA S308108491899230 Card 2676 | | 400.00 | 25,619.84 |
| 4/20 | | Purchase authorized on 04/18 Stamps.Com *Uspos 877-782-6785 CA S468108491878364 Card 2676 | | 500.00 | |
| 4/20 | | Purchase authorized on 04/19 Globegistics Inc 516-365-2000 NY S388109446340643 Card 2676 | | 408.73 | |
| 4/20 | < | Business to Business ACH Debit - Payroll Tax Apr 20 3118264 Kodi Distribution, LLC | | 35.53 | |
| 4/20 | < | Business to Business ACH Debit - Ipfs866-412-6705 Ipfspmtwab 165575 Kodi Distributing, LLC | | 530.19 | 24,145.39 |
| 4/23 | | Amznylqkojx Marketplac 180423 7Prj4U58O4W9Zhm Payments.Amazon.Com ID#7Prj4U58O4W9Zhm | 9,390.29 | | |
| 4/23 | | Amazon Services Intl Pymnt 180423 1022309000Wlgd Kodi Distributing LLC | 74.43 | | |
| 4/23 | | Paypal Transfer 180423 4S622Afxau9Js Kodi Distributing LLC | 3,800.00 | | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/23 | | Purchase authorized on 04/20 Supershuttle Execu 800-258-3826 AZ S468110693903506 Card 2676 | | 35.40 | |
| 4/23 | | Purchase authorized on 04/20 Costco Gas #0665 Phoenix AZ S588110838673130 Card 2676 | | 23.04 | |
| 4/23 | | Purchase authorized on 04/21 Endicia Fees 650-321-2640 CA S588111332626030 Card 2676 | | 34.95 | |
| 4/23 | | Recurring Payment authorized on 04/21 Shopify * 49912190 Httpsshopify. IL S468111396609569 Card 2676 | | 103.63 | |
| 4/23 | | Purchase authorized on 04/21 Google *Adws624779 CC@Google.Com CA S588111537092677 Card 2676 | | 226.73 | |
| 4/23 | < | Business to Business ACH Debit - Payroll Payroll 180423 3118264 Kodi Distribution, LLC | | 418.30 | |
| 4/23 | < | Business to Business ACH Debit - Payroll Payroll 180423 3118264 Kodi Distribution, LLC | | 656.70 | |
| 4/23 | < | Business to Business ACH Debit - Payroll Payroll 180423 3118264 Kodi Distribution, LLC | | 1,246.72 | |
| 4/23 | < | Business to Business ACH Debit - IRS Usataxpymt 042318 22785136601141 6 Kodi Distributing LLC | | 512.71 | 34,151.93 |
| 4/24 | | Etsy Inc Deposit 042318 45585529 Kodi Distributing LLC | 156.00 | | |
| 4/24 | | Recurring Payment authorized on 04/23 Cox Phoenix Comm S 800-234-3993 AZ S388113442019926 Card 2676 | | 6.99 | |
| 4/24 | | Recurring Payment authorized on 04/23 Cox Phoenix Comm S 800-234-3993 AZ S388113442042103 Card 2676 | | 372.37 | |
| 4/24 | < | Business to Business ACH Debit - Payroll Tax Apr 24 3118264 Kodi Distribution, LLC | | 161.48 | |
| 4/24 | 1056 | Check | | 693.00 | 33,074.09 |
| 4/25 | | Paypal Transfer 180425 5Mpj2Afzae354 Kodi Distributing LLC | 3,002.00 | | |
| 4/25 | | Wire Trans Svc Charge - Sequence: 180425105422 Srf# 0006295115921389 Trn#180425105422 Rfb# | | 45.00 | |
| 4/25 | | Purchase authorized on 04/24 USPS Postage Endic 800-576-3279 CA S468114515561833 Card 2676 | | 400.00 | |
| 4/25 | | Purchase authorized on 04/24 Amazon Mktplace Pm Amzn.Com/Bill WA S388114771429331 Card 2676 | | 40.49 | |
| 4/25 | | WT Fed#02142 Citibank N.A. /Ftr/Bnf=Shanghai Realov Electronic Srf# 0006295115921389 Trn#180425105422 Rfb# | | 10,893.58 | 24,697.02 |
| 4/26 | | Purchase authorized on 04/24 Stamps.Com *Uspos 877-782-6785 CA S468114515540062 Card 2676 | | 500.00 | |
| 4/26 | | Purchase authorized on 04/25 Globegistics Inc 516-365-2000 NY S588115479167732 Card 2676 | | 499.11 | 23,697.91 |
| 4/27 | | Purchase Return authorized on 04/26 Amazon Mktplace Pm Amzn.Com/Bill WA S628117544744190 Card 2676 | 40.49 | | |
| 4/27 | | Paypal Transfer 180427 4S622AG36Xf66 Kodi Distributing LLC | 2,400.00 | | |
| 4/27 | < | Business to Business ACH Debit - Payroll Tax Apr 27 3118264 Kodi Distribution, LLC | | 35.53 | 26,102.87 |
| 4/30 | | Paypal Transfer 180429 5Mpj2AG4Ph8Za Kodi Distributing LLC | 1,002.00 | | |
| 4/30 | | Purchase authorized on 04/27 Stamps.Com *Uspos 877-782-6785 CA S308117650312733 Card 2676 | | 500.00 | |
| 4/30 | | Purchase authorized on 04/29 USPS Postage Endic 800-576-3279 CA S468119581567956 Card 2676 | | 400.00 | |
| 4/30 | < | Business to Business ACH Debit - Payroll Payroll 180430 3118264 Kodi Distribution, LLC | | 418.31 | |
| 4/30 | < | Business to Business ACH Debit - Payroll Payroll 180430 3118264 Kodi Distribution, LLC | | 656.69 | |
| 4/30 | < | Business to Business ACH Debit - Payroll Payroll 180430 3118264 Kodi Distribution, LLC | | 1,708.48 | |



---

### Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/30 | < | Business to Business ACH Debit - IRS Usataxpymt 043018 227852066004312 Kodi Distributing LLC | | 589.19 | |
| 4/30 | 1058 | Check | | 1,625.00 | 21,207.20 |
| **Ending balance on 4/30** | | | | | **21,207.20** |
| **Totals** | | | **$54,660.73** | **$52,711.17** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1049 | 4/6 | 60.00 | 1052 | 4/16 | 352.00 | 1056 * | 4/24 | 693.00 |
| 1050 | 4/3 | 480.38 | 1053 | 4/17 | 615.31 | 1057 | 4/16 | 90.00 |
| 1051 | 4/5 | 1,736.44 | 1054 | 4/17 | 450.00 | 1058 | 4/30 | 1,625.00 |

*  *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $14.00 | You paid $0.00 | |
|------|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $22,042.00 | ☑ |
| · A qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 53 | ☑ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
|    - Average ledger balances in business checking, savings, and time accounts | | | |
|    - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |
|    - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | | |

WX/WX

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 61 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



 # IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Rights and responsibilities" section of the Business Account Agreement is effective April 30, 2018:

What happens upon the death or incompetence of a business owner?

Sole Proprietors Only:
We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

For Non-Sole Proprietors:
Upon notification to the bank of the death or incompetence of a business owner, the business entity will provide documentation evidencing any change in the ownership or control of the entity following applicable legal formalities.

As of June 15, 2018, linked credit accounts that are now closed will no longer count toward your eligible combined balances to avoid the monthly service fee for this account.

# Wells Fargo Simple Business Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $500.13 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 4/30** | **$500.13** |
| | |
| Average ledger balance this period | $500.13 |

Account number: **1586518761**

**KODI DISTRIBUTING LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #17-07048(AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $500.00 ☑ |

C1/C1

Sheet Seq = 0043471
Sheet 00004 of 00005



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking



KODI DISTRIBUTING LLC
DEBTOR IN POSSESSION
CH 11 CASE #17-07048(AZ)
1818 N 25TH DR
PHOENIX AZ 85009-2621

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $500.00 |
| Deposits/Credits | 60.45 |
| Withdrawals/Debits | - 60.45 |
| **Ending balance on 4/30** | **$500.00** |
| Average ledger balance this period | $528.21 |

Account number: **5649690632**

**KODI DISTRIBUTING LLC**
**DEBTOR IN POSSESSION**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(38)
Sheet Seq = 0022670
Sheet 00001 of 00002



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/6 | | Online Transfer From Kodi Distributing LLC Ref #Ib04G7H792 Business Checking AZ TX | 60.45 | | 560.45 |
| 4/20 | < | Business to Business ACH Debit - AZ Dept of Rev Ccddir.Dbt xxxxx4840 Kodi Distributing LLC | | 60.45 | 500.00 |
| **Ending balance on 4/30** | | | | | **500.00** |
| **Totals** | | | **$60.45** | **$60.45** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $528.00 ☑ |
| C1/C1 | | |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ✓ IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Rights and responsibilities" section of the Business Account Agreement is effective April 30, 2018:

What happens upon the death or incompetence of a business owner?

Sole Proprietors Only:
We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying



with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

For Non-Sole Proprietors:
Upon notification to the bank of the death or incompetence of a business owner, the business entity will provide documentation evidencing any change in the ownership or control of the entity following applicable legal formalities.

Case 2:17-bk-07048-EPB    Doc 86-2    Filed 05/22/18    Entered 05/22/18 10:02:40    Desc
Exhibit Bank Statements    Page 12 of 13
Sheet Seq = 0022671
Sheet 00002 of  00002



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your       $ _____
register or transfers into           $ _____
your account which are not       $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount** | | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801