# KODI Distributing LLC
# Statement of Assets, Liabilities & Equity - Income Tax Basis
## As of April 30, 2018

|  | Apr 30, 18 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       102 · Checking - WF - General - 2380 | 21,207.20 |
|       103 · Checking - WF - Plan - 8761 | 500.13 |
|       104 · Checking - WF - Tax - 0632 | 500.00 |
|       105.1 · PayPal - Ebay | 1,895.53 |
|       105.2 · PayPal - LeLuv | 4,427.69 |
|     **Total Checking/Savings** | 28,530.55 |
|     **Other Current Assets** | |
|       106 · Payroll Clearing | 2,783.48 |
|       109 · Customer Deposits | 324.43 |
|       120 · Inventory Assets | |
|         121 · Inventory | 256,511.72 |
|       **Total 120 · Inventory Assets** | 256,511.72 |
|     **Total Other Current Assets** | 259,619.63 |
|   **Total Current Assets** | 288,150.18 |
|   **Fixed Assets** | |
|     150 · Office Furniture | 4,124.00 |
|     152 · Office Equipment | 4,466.00 |
|     153 · Equipment & Machinery | 79.00 |
|     160 · Vehicles - Replacement Value | 7,745.00 |
|   **Total Fixed Assets** | 16,414.00 |
|   **Other Assets** | |
|     183 · Security Deposits | 2,305.00 |
|   **Total Other Assets** | 2,305.00 |
| **TOTAL ASSETS** | **306,869.18** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         220 · Payroll Liabilities | -461.97 |
|         260 · Unsecured Claims | |
|           261 · Credit Cards | 51,628.58 |
|           262 · Business Premises Lease | 56,925.00 |
|           263 · LoanMe Inc | 85,613.79 |
|           264 · Quarter Spot | 134,602.64 |
|           265 · WebBank PayPal | 53,887.00 |
|           266 · Fantasy Holdings | 500,000.00 |
|         **Total 260 · Unsecured Claims** | 882,657.01 |
|         270 · Secured Claims | |
|           271 · Benita Turk | 19,731.61 |
|           272 · Financial Pacific Leasing | 23,983.43 |
|           273 · TBF Financial LLC | 99,914.49 |
|         **Total 270 · Secured Claims** | 143,629.53 |
|         280 · Subject to Compromise | -803,167.43 |
|       **Total Other Current Liabilities** | 222,657.14 |
|     **Total Current Liabilities** | 222,657.14 |
|   **Total Liabilities** | 222,657.14 |

# KODI Distributing LLC
# Statement of Assets, Liabilities & Equity - Income Tax Basis
## As of April 30, 2018

|  | Apr 30, 18 |
|---|---:|
| **Equity** | |
|    32000 · Members Equity | 34,954.15 |
|    Net Income | 49,257.89 |
| **Total Equity** | 84,212.04 |
| **TOTAL LIABILITIES & EQUITY** | **306,869.18** |

# KODI Distributing LLC
## Statement of Revenue and Expenses - Income Tax Basis
### April 2018

|  | Apr 18 | Jan - Apr 18 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
|   **401 · Amazon Income** | | |
|     402 · Amazon - USA | 29,252.37 | 114,607.80 |
|     403 · Holding Account - USA | -2,197.67 | -6,922.94 |
|     404 · Amazon - Canada | 245.17 | 1,112.52 |
|     406 · Returns and Refunds | -1,381.56 | -3,665.89 |
|   **Total 401 · Amazon Income** | 25,918.31 | 105,131.49 |
|   **420 · PayPal Income** | | |
|     **421 · PayPal - Ebay** | | |
|       422 · Sales Income | 29,765.84 | 132,647.51 |
|       423 · PayPal Holding | 92.07 | -70.08 |
|       424 · Returns & Refunds | -984.88 | -3,817.69 |
|     **Total 421 · PayPal - Ebay** | 28,873.03 | 128,759.74 |
|     **425 · PayPal - LeLuv** | | |
|       426 · Sales Income | 10,731.95 | 35,534.81 |
|       427 · PayPal Holding | -85.48 | -2,354.48 |
|       428 · Returns & Refunds | -218.84 | -401.52 |
|     **Total 425 · PayPal - LeLuv** | 10,427.63 | 32,778.81 |
|   **Total 420 · PayPal Income** | 39,300.66 | 161,538.55 |
|   **430 · Online Sales** | | |
|     431 · Internet Sales | 718.41 | 4,186.90 |
|   **Total 430 · Online Sales** | 718.41 | 4,186.90 |
| **Total Income** | 65,937.38 | 270,856.94 |
| **Cost of Goods Sold** | | |
|   **500 · Direct Costs** | | |
|     501 · Purchases | 10,240.40 | 43,477.75 |
|     504 · Contract Labor | 0.00 | 155.00 |
|     505 · Inbound Freight & Shipping | 1,065.31 | 6,015.57 |
|     506 · Inbound Freight - Local Charges | 90.00 | 400.00 |
|     508 · Supplies | 0.00 | 608.78 |
|   **Total 500 · Direct Costs** | 11,395.71 | 50,657.10 |
|   **550 · Indirect Costs** | | |
|     551 · Product Samples | 64.00 | 64.00 |
|   **Total 550 · Indirect Costs** | 64.00 | 64.00 |
| **Total COGS** | 11,459.71 | 50,721.10 |
| **Gross Profit** | 54,477.67 | 220,135.84 |
| **Expense** | | |
|   **600 · Selling Expenses** | | |
|     **601 · Advertising & Marketing** | | |
|       601.2 · Marketing - Advertising | 6.68 | 76.05 |
|       601.3 · Marketing - Direct Labor | 3,172.00 | 13,331.00 |
|       601.4 · Marketing - SEO | 693.00 | 2,703.92 |
|       601.6 · Marketing - Software Fees | 1,050.67 | 3,838.31 |
|       601 · Advertising & Marketing - Other | 226.73 | 1,036.51 |
|     **Total 601 · Advertising & Marketing** | 5,149.08 | 20,985.79 |

# KODI Distributing LLC
## Statement of Revenue and Expenses - Income Tax Basis
### April 2018

|  | Apr 18 | Jan - Apr 18 |
|---|---:|---:|
| **602 · Merchant Account fee** |  |  |
|   602.1 · Amazon Seller Fees | 4,747.11 | 17,340.13 |
|   602.2 · Ebay Fees | 3,584.59 | 14,589.77 |
|   603.3 · Etsy Seller Fees | 182.39 | 759.24 |
|   603.4 · PayPal Fees | 1,795.39 | 7,326.57 |
| **Total 602 · Merchant Account fee** | 10,309.48 | 40,015.71 |
| **Total 600 · Selling Expenses** | 15,458.56 | 61,001.50 |
| **700 · General & Administrative** |  |  |
|   **702 · Automobile Expense** |  |  |
|     703 · Fuel | 87.95 | 315.00 |
|     704 · Insurance - Auto | 0.00 | 307.98 |
|     705 · License & Registration | 0.00 | 251.51 |
|     706 · Repairs & Maintenance | 586.38 | 800.37 |
|     707 · Tires | 445.49 | 445.49 |
|   **Total 702 · Automobile Expense** | 1,119.82 | 2,120.35 |
|   708 · Bank Service Charges | 90.00 | 675.00 |
|   710 · Computer & Internet | 55.43 | 217.88 |
|   715 · Dues & Subscriptions | 0.00 | 237.83 |
|   722 · Insurance -  Liability | 530.19 | 2,120.76 |
|   726 · Meals and Entertainment | 66.86 | 152.31 |
|   734 · Officer Salary | 5,400.00 | 24,741.12 |
|   735 · Office Supplies | 215.68 | 496.23 |
|   736 · Outside Services | 352.00 | 352.00 |
|   **750 · Professional Fees** |  |  |
|     751 · Accounting Services | 375.00 | 2,250.00 |
|   **Total 750 · Professional Fees** | 375.00 | 2,250.00 |
|   760 · Rent Expense | 1,736.44 | 6,945.76 |
|   765 · Repairs and Maintenance | 184.24 | 205.30 |
|   **770 · Shipping & Handling** |  |  |
|     770.1 · Outbound - Direct Labor | 2,092.00 | 8,795.00 |
|     770.2 · Outbound - Shipping & Postage | 11,917.24 | 47,988.65 |
|     770.3 · Outbound - Supplies | 398.71 | 2,022.30 |
|     770.4 · Outbound - Software Fees | 65.00 | 260.00 |
|   **Total 770 · Shipping & Handling** | 14,472.95 | 59,065.95 |
|   776 · Tax - Sales | 60.45 | 333.69 |
|   778 · Tax - Payroll | 819.89 | 3,875.14 |
|   780 · Telephone Expense | 217.89 | 871.47 |
|   781 · Travel | 35.40 | 35.40 |
|   786 · Utilities | 629.04 | 2,580.26 |
| **Total 700 · General & Administrative** | 26,361.28 | 107,276.45 |
| **Total Expense** | 41,819.84 | 168,277.95 |
| **Net Ordinary Income** | 12,657.83 | 51,857.89 |
| **Other Income/Expense** |  |  |
|   **Other Expense** |  |  |
|     902 · US Trustee Fee | 1,625.00 | 2,600.00 |
|   **Total Other Expense** | 1,625.00 | 2,600.00 |
| **Net Other Income** | -1,625.00 | -2,600.00 |
| **Net Income** | 11,032.83 | 49,257.89 |