SO ORDERED.

Dated: July 25, 2018

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) In Proceedings Under Chapter 11 |
| | ) |
| KODI DISTRIBUTING, LLC, | ) Case No. 2:17-bk-07048-EPB |
| | ) |
| Reorganized Debtor. | ) |
| | ) |

## FINAL DECREE CLOSING CASE

Upon consideration of Debtor's <u>Motion for Final Decree Closing Case</u> (the "Motion") (dkt #96), Notice of the Motion having been given to all creditors and parties in interest and no objections having been filed with the Court or received by the undersigned as evidenced by the <u>Certificate of Service and No Objections and Notice of Lodging Final Decree</u> (dkt #101), it appearing the Debtor is performing the duties required under the Confirmed Plan of Reorganization, it further appearing that the Debtor's case has been fully administered, and other good cause appearing:

**IT IS ORDERED** granting the Motion.

**IT IS ORDERED AND DECREED** that the above captioned case is closed.

**DATED AND SIGNED ABOVE.**